

Jacqueline L. Aiello, Esq.
Steven A. Sutro, Esq.
jaiello@boydlawgroup.com
ssutro@boydlawgroup.com

February 6, 2025

**VIA ECF**
Hon. Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

Application GRANTED. On or before **March 5, 2025**, the parties shall submit the settlement agreement to the Court along with a joint letter explaining the basis for the proposed settlement.

SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Dated:  February 7, 2025

Re:   *Caputo v. Epstein et al*
      Case No.: 1:24-cv-05836 (JHR)

Dear Judge Rearden:

We represent Plaintiff Angela Caputo in the above captioned matter. We write, jointly with Defendants, pursuant to Your Honor's Order directing the Parties to file a letter explaining the basis for the proposed settlement.

Although the Parties reached a settlement in principle after the mediation, the Parties remain in negotiations regarding the terms of the settlement. The Parties are presently unable to submit a final and formal settlement agreement to the Court, but remain committed to agreeing to the final terms of an agreement. The Parties therefore jointly and respectfully request that the Parties be given until Wednesday, March 5, 2025 to submit a proposed agreement to the Court or a further status letter.

We thank the Court for its time and consideration.

Respectfully submitted,

  /s/   *Jacqueline L. Aiello*

Jacqueline L. Aiello, Esq.
Boyd Richards Parker & Colonnelli, P.L.

**BOYD RICHARDS PARKER & COLONNELLI, P.L.**

| **MIAMI** | **FT. LAUDERDALE** | **TAMPA** | **WEST PALM BEACH** | **NEW YORK** |
|---|---|---|---|---|
| 100 S E Second Street, Suite 2600 | 1600 W Commercial Boulevard, Suite 201 | 400 N Ashley Drive, Suite 1150 | 1555 Palm Beach Lakes Blvd, Suite 550 | 600 Third Avenue |
| Miami, Florida 33131 | Fort Lauderdale, Florida 33309 | Tampa, Florida 33602 | West Palm Beach, Florida 33401 | New York, New York 10036 |
| Tel: 786-425-1045 Fax: 786-425-3905 | Tel: 954-848-2460 Fax: 954-848-2470 | Tel: 813-223-6021 Fax: 813-223-6024 | Tel: 561-624-8233 Fax: 786-425-3905 | Tel: (212) 400-0626 |

www.boydlawgroup.com