UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELA CAPUTO, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>– against –<br><br>SCOTT W. EPSTEIN, ANTIN, EHRLICH & EPSTEIN LLP, AND JEFFREY S. ANTIN,<br><br>Defendants. | Case No.: 1:24-cv-05836 (JHR)<br><br>**SATISFACTION OF JUDGMENT PURSUANT TO RULE 68, FED. R. CIV. P.** |

   **WHEREAS**, this Court entered a Judgment in the above-captioned action pursuant to an Offer of Judgment pursuant to Rule 68, Fed. R. Civ. P. on March 12, 2025 (Dkt. No. 35), in favor of Anegla Caputo ("Plaintiff") and against Antin, Ehrlich & Epstein LLP, Scott W. Epstein, and Jeffrey S. Antin (collectively "Defendants") in the amount of One Hundred Twenty Thousand and Zero Cents ($120,000.00), inclusive of attorneys' fees and costs and disbursements, as set forth in the accepted Offer of Judgment (Dkt. No. 32); and

   **WHEREAS**, Defendants have paid the judgment amount reflected above in full, and it is certified that there are no outstanding executions with any Sheriff or Marshall or outstanding unpaid interests on the judgment;

   **NOW THEREFORE**, full and complete satisfaction of the Judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make entry of the full and complete satisfaction of the Judgment on the docket.

Dated: New York, New York
       May 14, 2025

                                        **Smith Buss & Jacobs LLP**
                                        *Attorneys for Plaintiff*

                                        By: _/s/ Jacqueline Aiello_
                                        Jacqueline Aiello
                                        733 Yonkers Ave
                                        Suite 200
                                        Yonkers, New York 10704
                                        Tel.: 212-688-2400 Ext. 4141
                                        Email: JAiello@sbjlaw.com

092575\1\171051955.v1

STATE OF NEW YORK      )
                       )   SS.:
COUNTY OF NEW YORK   )

On this 14th day of MAY 2025, before me personally came Jacqueline Aiello, to me known and known to be a member of the firm of Smith Buss & Jacobs LLP, attorneys for Plaintiff in the above-captioned action, and to be the same person described in and who executed the within Satisfaction of Judgment and acknowledged to me that he executed the same.

_____
Notary Public

Mappy Prado
Notary Public, State of New York
No. 01PR6245858
Qualified in New York County
Commission Expires August 08, 2027